EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 144 |
|---|---|
| Integración de las Salas de Despacho | 205 DPR _____ |

Número del Caso:  ES-2020-02

Fecha:  30 de noviembre de 2020

Materia:  Resolución del Tribunal.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


*In re* Integración de las          ES-2020-02
Salas de Despacho



RESOLUCIÓN


En San Juan, Puerto Rico, a 30 de noviembre de 2020.

Según lo dispuesto en la Regla 4(d) del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-B, se constituyen las siguientes Salas de Despacho para que funcionen mientras el Pleno esté compuesto de ocho[1] Juezas y Jueces:

*Primera Sala de Despacho*:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Edgardo Rivera García
Hon. Luis F. Estrella Martínez

*Segunda Sala de Despacho:*

Hon. Rafael L. Martínez Torres, Presidente
Hon. Erick V. Kolthoff Caraballo
Hon. Roberto Feliberti Cintrón
Hon. Ángel Colón Pérez

---

[1] La Juez Asociada señora Anabelle Rodríguez Rodríguez cesa en su cargo el 24 de diciembre de 2020. Con el fin de garantizar una transición adecuada, se le relevará de sus funciones judiciales para asuntos nuevos a partir del 7 de diciembre de 2020.

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala. Tal designación se hará en orden sucesivo de antigüedad.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo